mum sentence is ten years or less. Their elevation to Level II will depend on the assessment of a peer review committee applying the minimum performance standards adopted by the Appellate Defender Commission. Level I attorneys will effectively control their own "promotion." If content to accept limitations on the nature of their assignments, they need never submit to peer review. If they wish to broaden their experience, they need only perform acceptably on two felony appeals—assigned or retained. Since only roster attorneys may receive any appointments and all roster attorneys will be designated at either Level I or II, once the system is in operation the only way an attorney can avoid passing through Level I is if he or she accumulates sufficient relevant experience to qualify directly for Level II. The net effect of the eligibility criteria will thus be to "grandfather in" experienced attorneys at the system's inception and to supervise briefly the progress of new attorneys. Indigent defendants convicted of felonies will not have inexperienced and unsupervised appellate counsel thrust upon them by the state.

SEPTEMBER 30, 1980

WHITE V STATE COURT ADMINISTRATOR. (Docket No. 65889.) Complaint for superintending control dismissed, the Court having administratively canceled the assignment of the Honorable Michael Talbot to the Recorder's Court for the City of Detroit. *Helene White, in propria persona,* plaintiff.

LEVIN, J., not participating.

OCTOBER 1, 1980

KEWIN V MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY. (Docket Nos. 60756, 60757.) Rehearing denied. *René J. Ortlieb* for plaintiff-appellee-cross-appellant. *Rubenstein, Pruchnicki & Chittle* for defendant-appellant-cross-appellee. *Bacalis & Associates, P.C.,* for policyholders as amicus curiae. Reported *post,* 401.

OCTOBER 3, 1980

IN THE MATTER OF GCR 975. (Docket No. 65295.) Petition for disclosure of documents is granted. The Attorney Grievance Commission and Attorney Discipline Board shall make available to the Judicial Tenure Commission and its agents their files and records